UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIA C.,<br><br>                            Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>                            Defendant. | Case No.: 23-CV-350-DEB<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**[DKT. NO. 2]** |

      Before the Court is Plaintiff Emilia C.'s Application to Proceed *In Forma Pauperis*. Dkt. No. 2. For the reasons set forth below, the Court **GRANTS** the Application.

      A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted). A party need not be completely destitute to proceed in forma pauperis. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id*. (internal quotations omitted).

Plaintiff is unemployed and has limited income and assets. She receives public assistance benefits from Cash Aid of approximately $390.00 per month. Dkt. No. 2 at 2. She also receives $250.00 per month in food stamps. *Id.* Her assets are approximately $26.00 in cash and a checking account with an approximate balance of $12.00. *Id.* Plaintiff lists a 2009 Chevy Cobalt worth $2,000.00 as "[a]ssets owned by you or your spouse." *Id.* at 3. Her monthly rent is $150.00. *Id.* at 4. Her other monthly expenses of $655.00 consist of household utilities, food, laundry, car insurance, and transportation. *Id*. at 4–5.

Based on the foregoing, the Court finds Plaintiff has sufficiently shown she lacks the financial resources to pay her filing fee and **GRANTS** her Application.

IT IS SO ORDERED.

Dated:  March 16, 2023

_____
Honorable Daniel E. Butcher
United States Magistrate Judge